```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ALVARO ROLANDO ACOSTA FLORES,  24-cv-6345 (JGK)

        Plaintiff,  ORDER

- against -

STUDIOLAB, LLC, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Ruth Miller to answer was **October 11, 2024**. To date, no answers have been filed.

The time for the defendant Ruth Miller to answer or respond to the complaint is extended to **October 25, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant Ruth Miller.

The plaintiff should serve a copy of this Order on the defendant Ruth Miller and file proof of service on the docket by **October 18, 2024**.

SO ORDERED.

Dated:   New York, New York
        October 15, 2024

                                           John G. Koeltl
                                    United States District Judge