```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------
ALVARO ROLANDO ACOSTA FLORES,

              Plaintiff,

   - against -

STUDIOLAB, LLC, ET AL.,

             Defendants.
---------------------------------------

24-cv-6345 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant Ruth Miller filed a motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure on October 25, 2024. Pursuant to the Court's Individual Practice Rule II.B, a pre-motion conference with the Court is required before making a motion to dismiss.

    The parties are directed to appear, by phone, for a pre-motion conference on **Monday, November 4, 2024** at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           October 28, 2024

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                      United States District Judge