UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ALVARO ROLANDO ACOSTA FLORES,           24-cv-6345 (JGK)

          Plaintiff,                    ORDER

   - against -

STUDIOLAB, LLC, ET AL.,

          Defendants.
---

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a joint letter by **Friday, November 8, 2024** regarding their respective positions on whether this case should be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

The defendant Ruth Miller is directed to submit a letter by **Tuesday, November 5, 2024** regarding Miller's position on the pending motion to dismiss filed by Miller, ECF No. 21. If Miller does not withdraw her pending motion to dismiss, the plaintiff is directed to respond to the motion by **November 20, 2024**. Miller may reply by **December 2, 2024**.

SO ORDERED.

Dated:    New York, New York
          November 4, 2024

                                            John G. Koeltl
                                         United States District Judge