# PEIRCE & SALVATO PLLC
ATTORNEYS AT LAW
8 COTTAGE PLACE
WHITE PLAINS, NEW YORK  10601
(914) 946-8200

ROBERT A. PEIRCE
RICHARD A. SALVATO*
MARC A. ROUSSEAU*
MATTHEW D. PFALZER***
KELLY M. ZIC
JEFFREY T. BEAUCHESNE
JENNIFER M. LANNI**
DANIEL T. HUGHES*
ROLAND T. KOKE
J. MARK LACZEWSKI*

KIMBERLY C. SHEEHAN
OF COUNSEL

CONNECTICUT OFFICE
500 West Putnam Avenue, Suite 400
Greenwich, Connecticut 06830

OHIO OFFICE
159 Crocker Park Boulevard, Suite 429
Westlake, Ohio 44145

MAIL TO WHITE PLAINS ADDRESS ONLY

ANNE P. EDELMAN
JOHN D. CORDELL
BREANNA C. KROMER
ROBERT C. KEIDEL
SAMUEL N. DODOO***
BRENDAN C. DAUSCHER*
NICHOLAS M. BEHR
KARIN ARROSPIDE
JASON R. SKLAR
PALM CHANISARA
* Admitted in Connecticut
** Admitted in New Jersey
*** Admitted in Ohio

November 8, 2024

**Via ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*ECF No. 21 having been withdrawn, the Clerk is directed to close ECF No. 21. So ordered.*

*[signature] G/Koeltl / US D.J.*
*11/8/24*

RE:    Alvardo Rolando Acosta Flores v. Studiolab, LLC et al.
       Case No. 1:2024-CV-06345

Dear Judge Koeltl:

My office represents Defendant Ruth Miller in the above referenced matter. In response to the Order filed by this Honorable Court on November 4, 2024, Defendant Ruth Miller's pending Motion to Dismiss (ECF No. 21) is hereby **withdrawn**.

Should the Court require anything further at this time, please contact the undersigned. Thank you very much.

Very truly yours,

[signature]

Richard A. Salvato, Esq.
Richard.a.salvato@peircesalvato.com