

# Ronai & Ronai, LLP
### Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

December 5, 2024

**VIA ECF**
Honorable John G. Koeltl, USDJ
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

  Re: Acosta Flores v. StudioLAB, LLC et al.
    Case No.: 24-cv-06345-JGK

Your Honor:

We represent Plaintiff Alvaro Rolando Acosta Flores in the above referenced action.

Pursuant to the Court's minute entry dated August 26, 2024, an Initial Conference is scheduled to be held on December 11, 2024, at 3:00PM.

On November 21, 2024, Defendant Slab Builders, LLC filed a Third-Party Complaint against UFO's Home Improvement Inc. [DE 38] and a Summons was recently issued by the Clerk of the Court on November 25, 2024 [DE 41]. To date, Third-Party Defendant UFO's Home Improvement Inc. has not yet appeared in this action.

In view of the foregoing, the parties jointly request that the Initial Conference presently scheduled for December 11, 2024, be adjourned to January 8, 2025. This is the first request for an adjournment.

Thank you.

Respectfully,

Holly Ostrov Ronai

Cc: all parties via ECF

*[Handwritten:]* Conference adjourned to January 8, 2025, at 10:30 A.M. Parties are directed to file a Rule 26(f) report by January 3, 2025. So Ordered. 12/6/24 /s/ John G. Koeltl USDJ