UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALVARO ROLANDO ACOSTA FLORES,
                Plaintiff(s)

           24 civ 6345 (JGK)

      -against-

STUDIOLAB, LLC, et al,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for January 8, 2025, at 10:30am, is canceled.

**SO ORDERED.**

                                              _____
                                              **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 19, 2024