UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

              Plaintiff,

   - against -

STUDIOLAB, LLC, ET AL.,

             Defendants.

24-cv-6345 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone case-management conference on **Wednesday, February 12, 2025**, at **11:30 a.m.** Dial-in: 646-453-4442, with access code 67527833#.

    The Clerk is directed to close ECF No. 50.

SO ORDERED.

Dated:    New York, New York
            February 4, 2025

                                             John G. Koeltl
                                  United States District Judge