UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

                Plaintiff,

   -v-

STUDIOLAB, LLC, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 6, 2025, the Honorable John G. Koeltl referred this matter to the undersigned for general pretrial management. (ECF No. 62). The day prior, Plaintiff Alvaro Rolando Acosta Flores filed a Letter-Motion for a Rule 37.2 Conference, raising concerns regarding Defendant Ruth Miller's alleged failure to make initial disclosures and Defendant Slab Builders LLC's ("Slab") anticipated motion for default judgment against Third-Party Defendant UFO's Home Improvement Inc. (ECF No. 60 (the "Letter-Motion")). It additionally observes that, on March 6, 2025, counsel for Slab filed a letter stating that their firm has "been substituted out[,]" that "substitution papers [would] be filed sometime [that] week[,]" and that a "conference is not necessary at this time." (ECF No. 61). As of today, March 13, 2025, however, no new counsel has appeared for Slab.

To discuss the issues raised in the Letter-Motion, as well as Slab's representation and anticipated motion for default judgment, a telephone conference is scheduled for **Monday, April 7, 2025 at 11:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 337-879-643#, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 60.

Dated: New York, New York
March 13, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2