UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVARO ROLANDO ACOSTA FLORES,<br><br>                    Plaintiff,<br><br>    -v-<br><br>STUDIOLAB, LLC, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, April 7, 2025, the Court orders as follows:

1. The May 23, 2025 fact discovery deadline remains in place, and the parties shall proceed as follows:

    a. By **Friday, April 11, 2025**:

        i. Plaintiff shall provide Defendant Slab Builders, LLC ("Slab") updated authorizations to obtain medical records, and Slab shall re-serve its discovery responses on Plaintiff.

        ii. Defendant Ruth Miller shall respond to Plaintiff's written discovery requests.

    b. By **Tuesday, April 22, 2025**, Defendant Studiolab, LLC shall respond to Plaintiff's written discovery requests.

2. A follow-up telephonic status conference is scheduled for **Monday, May 5, 2025 at 2:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 802-400-292#, at the scheduled time.

Dated:       New York, New York
              April 7, 2025

                                                SO ORDERED.

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**