UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

                Plaintiff,

   -v-

STUDIOLAB, LLC, <u>et al.</u>,

                Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, May 5, 2025, the **May 23, 2025** fact discovery deadline remains in place.  (ECF Nos. 47; 66).  The only exception to the fact discovery deadline is the medical examination of Plaintiff, which must be designated before the close of fact discovery on **Friday, May 23, 2025** but may occur after the deadline.

By **Friday, May 30, 2025**, the parties shall file a joint letter certifying the close of fact discovery and proposing an expert discovery schedule.

Dated:      New York, New York
           May 5, 2025

                      SO ORDERED.

                      _____
                      SARAH L. CAVE
                      **United States Magistrate Judge**