UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

                Plaintiff,

  -v-                                       CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

STUDIOLAB, LLC, et al.,                   **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties have contacted the Court and filed letters on the docket today, July 1, 2025, regarding a dispute that arose at the deposition of a witness for Defendants, Matthew Miller, scheduled for this morning at 11:00 a.m. (ECF Nos. 71–72). The Court (1) DENIES Defendant StudioLab, LLC's request for two separate transcripts for each of Defendants StudioLab, LLC and SLAB Builders, LLC and directs the deposition to proceed with a single transcript, and (2) ORDERS Plaintiff's counsel to include in each question, where relevant, whether he is seeking an answer on behalf of Defendant StudioLab, LLC or Defendant SLAB Builders, LLC.

Dated:      New York, New York
             July 1, 2025

                                      SO ORDERED.

                                      SARAH L. CAVE
                                      United States Magistrate Judge