UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALVARO ROLANDO ACOSTA FLORES,

            Plaintiff,

- against -

STUDIOLAB, LLC, ET AL.

            Defendants.

---

24-cv-6345 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by telephone, for a pre-motion conference on **Thursday, September 18, 2025,** at **3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

    The Clerk is directed to close ECF No. 78.

SO ORDERED.

Dated:    **New York, New York**
           **September 8, 2025**

                                                    John G. Koeltl
                                      United States District Judge