UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

               Plaintiff,

- against -

STUDIOLAB, LLC, ET AL.,

               Defendants.

24-cv-6345 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, Defendant Ruth Miller may file her motion for summary judgment after discovery closes on **December 24, 2025**. No pre-motion conference is needed in advance of filing.

The parties are directed to confer on a briefing schedule for Defendant Miller's motion (as well as any additional motions for summary judgment).

SO ORDERED.

Dated:    New York, New York
          September 18, 2025

                                            John G. Koeltl
                                     United States District Judge