UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

                    Plaintiff,

    -v-

STUDIOLAB, LLC, et al.,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letters at Dkt. Nos. 85 and 86 regarding their dispute regarding non-party Douglas Elliman Real Estate's compliance with a subpoena. A telephonic conference to discuss the dispute is scheduled for **Friday, January 30, 2026 at 12:00 p.m ET** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code 2308 226 4654 at the scheduled time.

Dated:      New York, New York
              January 9, 2026

                    SO ORDERED.

                    SARAH L. CAVE
                    **United States Magistrate Judge**