UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

                Plaintiff,

  -v-

STUDIOLAB, LLC, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's status letter at Dkt. No. 102.  Plaintiff is ORDERED to file a status letter by **Wednesday, April 22, 2026** informing the Court of the status of the subpoenas served on the non-parties and the discovery demands served on Defendants.  In addition, a telephonic conference to discuss any outstanding discovery and subpoena responses is scheduled for **Wednesday, April 29, 2026 at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
           March 23, 2026

                  SO ORDERED.

                  _____
                  SARAH L. CAVE
                  United States Magistrate Judge