# PEIRCE & SALVATO PLLC
### ATTORNEYS AT LAW
### 8 COTTAGE PLACE
### WHITE PLAINS, NEW YORK  10601
### (914) 946-8200

ROBERT A. PEIRCE
RICHARD A. SALVATO*
MARC A. ROUSSEAU*
MATTHEW D. PFALZER***
KELLY M. ZIC
JEFFREY T. BEAUCHESNE
JENNIFER M. LANNI**
DANIEL T. HUGHES*
ROLAND T. KOKE
ANNE P. EDELMAN
BREANNA C. KROMER****
ROBERT C. KEIDEL
SAMUEL N. DODOO***
BRENDAN C. DAUSCHER*
NICHOLAS M. BEHR
KARIN ARROSPIDE
JASON R. SKLAR*

**CONNECTICUT OFFICE**
500 West Putnam Avenue, Suite 400
Greenwich, Connecticut 06830

**OHIO OFFICE**
159 Crocker Park Boulevard, Suite 429
Westlake, Ohio 44145

**PENNSYLVANIA OFFICE**
1001 State Street, Suite 1400
Erie, Pennsylvania 16501

**MAIL TO WHITE PLAINS ADDRESS ONLY**

EMILY M. LANTHIER*
ALESSANDRA L. CORTINA
PHOEBE C. NELSON****
ALEXANDRA J. BUXBAUM
SHIYUN CHEN
ANGELIQUE A. PESCE
BENJAMIN L. ZEPNICK
BREA A. LEWITAS
LISA M. LAHRMER***
TAYLOR W. VANCE
FRAN L. SOARES*
TSEDEY A. TEDLA*
JUSTINE F. PRIETO*

\* Admitted in Connecticut
\*\* Admitted in New Jersey
\*\*\* Admitted in Ohio
\*\*\*\* Admitted in Pennsylvania

April 28, 2026

**<u>VIA ECF/EMAIL</u>**

**Via ECF**
Hon. Sarah L, Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

---

Defendant's request at Dkt. No. 105 is **GRANTED**.  The telephone conference to discuss any outstanding discovery and subpoena responses scheduled for April 29, 2026 at 12:00 p.m. ET, (Dkt. No. 103), is **ADJOURNED** to **May 14, 2026 at 2:00 p.m. ET**.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 105.

SO ORDERED.    April 28, 2026

SARAH L. CAVE
United States Magistrate Judge

---

RE:    Alvardo Rolando Acosta Flores v. Studiolab, LLC et al.
       Case No. 1:2024-CV-06345

Dear Hon. Judge Cave,

    Please allow this letter to serve as a request from Defendant Ruth Miller, with the consent of counsel for all parties for a two-week adjournment of tomorrow's discovery conference scheduled for April 29 at 12:00 p.m. to either May 11 or May 14. Earlier today we received in excess of 3,700 pages of subpoena responses and the defendants, with the consent of plaintiff, would request this time to review those documents, engage in an additional meet and confer with plaintiff's counsel and see if we can resolve or narrow down our remaining discovery disputes.

    To my knowledge requesting defendant has not requested any adjournments of a discovery conference thus far, we have the consent of all parties and the reasoning is the new documents provided to us which should help us resolve the discovery issues.

    Thank you for your time and attention to this matter.

Respectfully Submitted,

_____
Richard A. Salvato
Attorneys for Defendant

Ruth Miller
richard.a.salvato@peircesalvato.com

cc: All Attorneys of Record Via ECF