UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

               Plaintiff,

    -v-

STUDIOLAB, LLC, et al.,

               Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at during the telephonic status conference held today, May 14, 2026, the Court ORDERS as follows**:**

1. By **Friday, June 19, 2026**, Defendant Ruth Miller shall conduct a reasonable search for and produce all electronic communication between her and her two sons, Matthew and Adam Miller, regarding rental of the premises where Plaintiff was injured (see Dkt. No. 22 ¶ 12) during the time periods of (a) April 1, 2020 through September 30, 2020 and (b) January 1, 2024 through May 15, 2025.

2. By **Friday, June 26, 2026**, the parties shall file a joint letter certifying the completion of all fact discovery and proposing an expert discovery schedule.

Dated:     New York, New York
           May 14, 2026

                 SO ORDERED.

                 _____
                 SARAH L. CAVE
                 **United States Magistrate Judge**