UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

　　　　　　　　　　Plaintiff,

　　-v-

　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

　　　　　　　　　　　　　　　　　　**ORDER**

STUDIOLAB, LLC, et al.,

　　　　　　　　　　Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant Ruth Miller's letter motion at Dkt. No. 121 requesting that the Court quash subpoenas served on third-party Adam Miller, (Dkt. No. 121 (the "Motion")), which Plaintiff opposes. (Dkt. No. 122).

A telephone conference to discuss the Motion is scheduled for **Tuesday, June 30, 2026 at 4:30 p.m. ET**.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:　　　New York, New York
　　　　　　June 26, 2026

　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　**United States Magistrate Judge**