UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

Plaintiff,

-v-

STUDIOLAB, LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at during the telephonic status conference (the "Conference") held today, June 30, 2026, the Court ORDERS (the "Order") as follows**:**

1. By **Friday, July 3, 2026**, the parties shall order a copy of the transcript of the Conference using the annexed form.

2. By **Monday, July 6, 2026**, Plaintiff Alvaro Rolando Acosta Flores ("Plaintiff"), shall serve on non-party Adam Miller ("Mr. Miller"): (a) the subpoena for documents dated May 18, 2026 (Dkt. No. 121-1, (the "Document Subpoena")); (b) the subpoena for a deposition dated May 18, 2026 (Dkt. No. 121-2, (the "Deposition Subpoena")); and (c) this Order, and file proof of service on the docket.

3. By **Friday, July 10, 2026**, Defendant Ruth Miller ("Ms. Miller") shall conduct the search required by this Court's Order dated May 14, 2026 (Dkt. No. 108 ¶ 1, (the "May 14 Order")), and either: (i) produce the documents resulting from that search; or (ii) provide an affidavit to Plaintiff's counsel describing the search that she performed and attesting that she did not locate any responsive documents.

4. By **Friday July 10, 2026**, Mr. Miller shall conduct the same search required by the May 14 Order and either: (i) produce the documents resulting from that search; or (ii) provide an affidavit to Plaintiff's counsel describing the search that he performed and attesting that he did not locate any responsive documents.

5. By **Friday, July 17, 2026**, the parties shall file a joint letter regarding their compliance with this Order and any issues ripe for Court intervention (the "Joint Letter").

6. The obligation of Mr. Miller to respond to or comply with the Deposition Subpoena is **HELD IN ABEYANCE** pending the Joint Letter.

The Clerk of Court is respectfully directed to close Dkt. No. 121.

Dated:     New York, New York
           June 30, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|