**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ALVARO ROLANDO ACOSTA FLORES,**

**Plaintiff,**

**- against -**

**STUDIOLAB, LLC, ET AL.,**

**Defendants.**

**24-cv-6345 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for the defendants to respond to the plaintiff's objections to the Magistrate Judge's June 15, 2026 order (ECF No. 125) was July 14, 2026. See Fed. R. Civ. P. 72(b)(2). To date, no response has been filed. The time for the defendants to respond is therefore extended to **July 29, 2026**. If no response is filed, the objections will be resolved on the current papers.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 15, 2026**

**John G. Koeltl**
**United States District Judge**