Ronai & Ronai, LLP
Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

July 21, 2026

**VIA ECF**
Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Acosta Flores v. StudioLAB, LLC et al.
Case No.: 24-cv-06345-JGK

Judge Cave:

We represent Plaintiff Alvaro Rolando Acosta Flores in the above referenced action and submit this letter requesting an adjournment of the telephonic conference scheduled for July 27, 2026 to discuss the issues raised in the parties' joint status letter dated July 17, 2026 [DE 137].

On July 27, 2026, I will be out of the office and unavailable as I will be undergoing a medical procedure on that day. As such, I respectfully request that the telephonic conference be rescheduled to a later date. I have conferred with defense counsel who have consented to my request.

Should the Court grant our request, the parties are free to appear for a conference on the following dates soon thereafter, subject to the Court's availability:

- On July 30, 2026, after 3:00pm;
- On July 31, 2026, after 3:00pm;
- On August 3, 2026; and
- On August 5, 2026.

Thank you.

Plaintiff's request at Dkt. No. 139 is **GRANTED**.

The telephone conference scheduled for July 27, 2026 at 2:30 p.m. ET is **ADJOURNED** to **August 5, 2026 at 1:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The Clerk of Court is respectfully directed to close Dkt. No. 139.

SO ORDERED. July 21, 2026

SARAH L. CAVE
United States Magistrate Judge

Respectfully submitted,

Paul Cordella

Cc: all parties via ECF