UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

Plaintiff,

-v-

STUDIOLAB, LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a change in the Court's calendar, the telephone conference scheduled for August 5, 2026 at 1:00 p.m. is **ADJOURNED** to **August 6, 2026 at 11:15 a.m. ET** on the Court's conference line. (Dkt. Nos. 138, 140). Counsel are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
August 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**