Ronai & Ronai, LLP
Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

August 4, 2026

**VIA ECF**
Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Acosta Flores v. StudioLAB, LLC et al.
Case No.: 24-cv-06345-JGK

Judge Cave:

We represent Plaintiff Alvaro Rolando Acosta Flores in the above referenced action, which has been rescheduled for a telephonic conference on Thursday, August 6, 2026 at 11:15am pursuant to the Court's Order dated today. [DE143]

The rescheduling of the telephonic conference has resulted in a scheduling conflict as I have another court conference scheduled on Thursday, August 6, 2026 at 11:45am which also requires my appearance.

Accordingly, I respectfully request that the Court reschedule Thursday's conference to a time earlier than 11:15am, based on the parties' mutual availability (defense counsel for Studio Lab LLC has advised he also has another matter scheduled Thursday morning but can be available at 10:00am). I have conferred with all defense counsel who have consented to this request.

Thank you.

Respectfully submitted,

Paul Cordella

Cc: all parties via ECF

Plaintiff's request at Dkt. No. 144 is **GRANTED IN PART**.

The telephone conference scheduled for August 6, 2026 at 11:15 a.m. is **ADJOURNED** to **August 12, 2026 at 1:00 p.m. ET** on the Court's conference line. Counsel are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 144.

SO ORDERED. August 5, 2026.

SARAH L. CAVE
United States Magistrate Judge