UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

Plaintiff,

-v-

STUDIOLAB, LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at during the telephonic status conference (the "Conference") held today, August 12, 2026, the Court **ORDERS** as follows**:**

1. The request of Plaintiff Alvaro Rolando Acosta Flores ("Plaintiff") to take a supplemental deposition of Defendant Ruth Miller ("Ms. Miller") regarding her search for documents is **DENIED**.
2. Plaintiff may promptly serve subpoenas on the three real estate entities discussed during the Conference (the "Subpoenas").[1] The Subpoenas shall be limited to seeking communications with Ms. Miller, non-party Adam Miller, and/or non-party Matthew Miller, regarding the rental of the premises where Plaintiff was injured (Dkt. No. 22 ¶ 12 (the "Bridgehampton Property")), and any rental agreement or contract for the Bridgehampton Property.
3. By **August 17, 2026**, the parties shall order a copy of the transcript of the Conference using the annexed form.

[1] Saunders, Brown Harris Stevens of the Hamptons, and T&C/Town & Country Real Estate.

4. By **August 21, 2026**, Ms. Miller shall produce a revised affidavit required by this Court's Order dated June 30, 2026 (Dkt. No. 128 ¶ 3(ii)), with additional explanations concerning: (i) which email addresses and messaging applications she searched; (ii) when the searches occurred; and (iii) why she believes she did not locate any relevant documents from 2020.

5. By **August 24, 2026**, Defendant Slab Builders, LLC ("Slab"), shall serve on Plaintiff supplemental discovery requests and requests for preservation concerning the photograph of Plaintiff discussed during the Conference (the "Photograph Requests"). Slab shall specify the social media account(s) that it is asking Plaintiff to preserve and search.

6. By **September 11, 2026**, Plaintiff may conduct the deposition of non-party Adam Miller (the "Deposition"). The Deposition shall be no longer than two hours of on-the-record time and limited to: (i) the contents of the emails that Adam Miller has produced; (ii) the scope of the search that he conducted; and (iii) his communications with Ms. Miller, Matthew Miller, or any real estate agents or agencies about renting the Bridgehampton Property.

7. By **September 23, 2026**, Plaintiff shall respond to the Photograph Requests.

8. A telephonic discovery status conference is scheduled for **September 18, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
August 12, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL