UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

Plaintiff,

-v-

STUDIOLAB, LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed during the telephonic status conference (the "Conference") held today, September 18, 2026, the Court **ORDERS** as follows**:**

1. Plaintiff shall promptly provide Defendants with copies of the productions received from non-parties Brown Harris Stevens and Saunders.
2. The parties may order a copy of the transcript of the Conference using the annexed form.
3. By **September 25, 2026**, Defendant Studiolab, LLC shall inform the remaining parties whether it is willing to participate in private mediation.
4. By **September 28, 2026 at 5:00 p.m. ET**, the parties are to file a joint letter, not to exceed 750 words, addressing any remaining discovery disputes, the parties' positions as to Plaintiff's request that Defendant Ruth Miller search for additional documents concerning the alleged 2021 rental of the premises where Plaintiff was injured (Dkt. No. 22 ¶ 12), and whether Defendants require any further social media discovery from Plaintiff.

5. A telephonic discovery status conference is scheduled for **September 29, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET | PRINT | SAVE | EMAIL