UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

Plaintiff,

-v-

STUDIOLAB, LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed during the telephonic status conference (the "Conference") held today, September 29, 2026, the Court **ORDERS** as follows**:**

1. By **October 1, 2026**, the parties shall order a copy of the transcript of the Conference using the annexed form.

2. By **October 2, 2026**, Plaintiff shall provide to Defendant Slab Builder LLC ("Slab") an affidavit (the "Affidavit") concerning the three photographs discussed during the Conference (the "Photographs"). The Affidavit must describe: (i) what each Photograph portrays; (ii) when and where each Photograph was taken; (iii) when each Photograph was uploaded to social media; and (iv) what search Plaintiff conducted to locate the Photographs and/or their metadata. Slab's remaining requests regarding the Photographs and/or social media are **DENIED**. (Dkt. No. 151 at 2–3).

3. By **October 5, 2026**, Plaintiff shall file a letter ("Plaintiff's Letter"), not to exceed 750 words, regarding the tax records he seeks from Defendant Ruth Miller ("Mrs. Miller") and attaching the three documents discussed during the Conference.

4. By **October 13, 2026**, Mrs. Miller shall file a letter, not to exceed 750 words, in response to Plaintiff's Letter.

Dated: New York, New York
September 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL