UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO ROLANDO ACOSTA FLORES,

Plaintiff,

-v-

STUDIOLAB, LLC, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 6345 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the proposed consent order at Dkt. No. 161 seeking to substitute counsel for Defendant Studiolab, LLC ("Studiolab") filed by Lauren M. Zink, Esq. (Dkt. No. 161 (the "Consent Order")). The Court is unable to grant the Consent Order until Ms. Zink enters a notice of appearance (the "Notice") on behalf of Studiolab. To date, Ms. Zink has not filed such Notice.

By **October 26, 2026**, Ms. Zink shall file the Notice on the docket. On receipt of the Notice, the Court shall rule on the Consent Order. (See Dkt. No. 161).

Dated: New York, New York
October 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**